# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

JIM MCDUF,

    Plaintiff,

v.                                      Case No. 3:17cv909-LC/HTC

SERGEANT BARLOW,
LIEUTENANT CARR,
OFFICER SANTIAGO,
OFFICER KASEY PHILLIPS,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 12, 2019 (ECF No. 68). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Barlow's Motion to Dismiss, ECF Doc. 40, as adopted by Defendants Carr and Philips, ECF Docs. 49 and 56, is GRANTED, and Plaintiff's claims against Defendants Barlow, Carr and Philips are DISMISSED.

3. Plaintiff's claims against Defendant Santiago are DISMISSED under Federal Rule of Civil Procedure 4(m) for failure of timely service.

4. All other pending motions are denied.

5. The clerk is directed to close this file.

**DONE AND ORDERED** this 7th day of May, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**